IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DANIEL S. ROUCH,<br><br>               Defendant. | **4:17CB3001 AND 4:17CB3003**<br>**VIOLATIONS 6364377 AND 6364426**<br><br>**ORDER** |

Defendant is given credit for time served to satisfy violations 6364377 and 6364426. All fines, fees, assessments, and delinquent charges are deemed paid in full.

October 16, 2017

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge